**95–2068.** Bargar v. MTD Products, Inc. *Medina County,* No. 2418–M. Reported at 74 Ohio St.3d 1509, 659 N.E.2d 1286. On motion for reconsideration. Motion denied.

**95–2078.** White v. Internatl. Union Plant Guard Workers, Local No. 166. *Montgomery County,* No. 15252. Reported at 74 Ohio St.3d 1524, 660 N.E.2d 744. On motion for reconsideration. Motion denied.

**95–2102.** Takacs v. Baldwin. *Huron County,* No. H–94–035. Reported at 74 Ohio St.3d 1513, 659 N.E.2d 1289. On motion for reconsideration. Motion denied.

MOYER, C.J., and WRIGHT, J., dissent.

RESNICK, J., not participating.

**95–2149.** McKeegan v. Sears, Roebuck & Co. *Cuyahoga County,* No. 68111. Reported at 74 Ohio St.3d 1513, 659 N.E.2d 1289. On motion for reconsideration. Motion denied.

MOYER, C.J., dissents.

**95–2173.** D'Antonio v. Allegheny Gen. Hosp. *Mahoning County,* No. 94 C.A. 191. Reported at 74 Ohio St.3d 1522, 660 N.E.2d 742. On motion for reconsideration. Motion denied.

**95–2197.** Emery v. Galose. *Lucas County,* No. L–95–172. Reported at 74 Ohio St.3d 1523, 660 N.E.2d 742. On motion for reconsideration. Motion denied.

DOUGLAS and RESNICK, JJ., not participating.

**95–2235.** Brown v. Ohio Bur. of Emp. Serv. *Marion County,* No. 9–95–13. Reported at 74 Ohio St.3d 1513, 659 N.E.2d 1289. On motion for reconsideration. Motion denied.

WRIGHT, PFEIFER and COOK, JJ., dissent.

**96–349.** State ex rel. Drew v. Vinton Cty. Bd. of Elections. Reported at 75 Ohio St.3d 1416, 661 N.E.2d 1117. On motion for reconsideration. Motion denied.

## DISCIPLINARY DOCKET

**95–377.** Cleveland Bar Assn. v. Bancsi. On response to show cause order. Joseph Bancsi is granted an extension to October 15, 1996, to make payments.

MOYER, C.J., and F.E. SWEENEY, J., dissent.

**95–2213.** In re Ginsberg. Pursuant to the provisions of Gov.Bar R. V(5)(A)(3), Melvin R. Ginsberg of South Euclid, Ohio, Attorney Registration No. 0027592, is indefinitely suspended from the practice of law. On motion for stay of execution. Motion denied.

**96–386.** In re McMahon. Pursuant to the provisions of Gov.Bar R. V(5)(A)(3), Thomas Paul McMahon of Euclid, Ohio, Attorney Registration No. 0023244, is indefinitely suspended from the practice of law.

*Thursday, March 7, 1996*

## MISCELLANEOUS DISMISSALS

**95–2622.** ALLTEL Ohio, Inc. v. Pub. Util. Comm. Public Utilities Commission, No. 94–1695–TP–ACE. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of appellants' application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted, effective March 6, 1996.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.